## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ENVIRONMENTAL PRODUCTS &
SERVICES OF VERMONT, INC.,

                    Plaintiff,

          v.

MILLER CHEMICAL & FERTILIZER OF
PA, LLC, MILLER CHEMICAL &
FERTILIZER CORPORATION, and
MILLER CHEMICAL & FERTILIZER
LLC

                    Defendants.

Civil Action No.:
1:16-cv-00176-JEJ

Hon. John E. Jones III

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that, Plaintiff ENVIRONMENTAL PRODUCTS &
SERVICES OF VERMONT, INC., by and through its undersigned counsel, hereby
voluntarily dismisses the above-captioned action against Defendants MILLER
CHEMICAL & FERTILIZER OF PA, LLC, MILLER CHEMICAL & FERTILIZER
CORPORATION AND MILLER CHEMICAL & FERTILIZER, LLC, without prejudice,
pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. This
Notice of Dismissal is being filed with the Court prior to the filing or service of an
answer or other responsive pleading by Defendants. Each party shall bear its own
costs and attorneys' fees.

{H2797785.1}

Dated: April 22, 2016

Respectfully Submitted,

By: _____

Daniel B. Berman, Esq.
(*pro hac vice*)
Whitney M. Kummerow, Esq.
(ID No. 310032)
HANCOCK ESTABROOK, LLP
100 Madison Street, Suite 1500
Syracuse, New York 13202
Tel:    (315) 565-4500
Email: dberman@hancocklaw.com
wkummerow@hancocklaw.com

*Attorneys for Plaintiff*
*Environmental Products & Services of*
*Vermont, Inc.*

Kimberly A. Selemba (ID No. 93535)
Barbara A. Darkes (ID No. 77419)
MCNEES WALLACE & NURICK LLC
100 Pine Street
P.O. Box 1166
Harrisburg, PA  17108-1166
Tel: (717) 232-8000

*Local Counsel for* HANCOCK
ESTABROOK, LLP

## Certificate of Service

I hereby certify that on April 22, 2016, I caused the foregoing Notice of Dismissal to be filed with the Clerk of the District Court using the CM/ECF system, a copy of which was served via regular mail upon the following:

Bonnie Allyn Barnett (ID No. 37004)
Andrew P. Foster (ID No. 46749)
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA  19103-6996

*Attorneys for Defendants Miller*
*Chemical & Fertilizer of PA, LLC;*
*Miller Chemical &*
*Fertilizer Corporation; and*
*Miller Chemical & Fertilizer LLC*

Dated: April 22, 2016                    By: _____
                                              Whitney Kummerow, Esq.